UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRANCES MCCLOSKEY, III** *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> **LAND HOME FINANCIAL SERVICES** *et al.*, <br><br> Defendant(s). | Case No.: **12-CV-02775 YGR** <br><br> **ORDER VACATING HEARING** |

The court has reviewed the papers submitted by the parties in connection with Defendants' Motion to Dismiss and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the date for the hearing, previously set for October 16, 2012 is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Dated: October 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**