UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRANCES MCCLOSKEY, III** *et al.*, <br> Plaintiffs, <br> vs. <br> **LAND HOME FINANCIAL SERVICES** *et al.*, <br> Defendants. | Case No.: 12-CV-02775 YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from February 25, 2013 to **Monday, June 3, 2013** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

**IT IS SO ORDERED.**

Date: February 21, 2013

                                                    _____
                                                    **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**