**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN FRANCES MCCLOSKEY, III** *et al.*, <br>     **Plaintiffs,** <br>   vs. <br> **LAND HOME FINANCIAL SERVICES** *et al.*, <br>     **Defendants.** | **Case No.: 12-CV-02775 YGR** <br><br> **ORDER REGARDING FILING OF MOTION TO AMEND COMPLAINT** |

    Plaintiffs have filed a motion for leave to file a first amended complaint. A proposed amended complaint must be appended to the motion and plaintiffs must plead their best case. *See* Civ. L.R. 10-1.

    By no later than **March 25, 2013**, Plaintiffs may refile their motion to amend so as to comply with the local rule. Any such motion shall clearly explain how the amendments to the complaint cure the deficiencies identified in the Court's Order dismissing the original complaint.

    **IT IS SO ORDERED**.

Date: March 11, 2013

                                          **YVONNE GONZALEZ ROGERS** <br>
                                          **UNITED STATES DISTRICT COURT JUDGE**