**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN FRANCES MCCLOSKEY, III** *et al.*, <br> Plaintiffs, <br> vs. <br> **LAND HOME FINANCIAL SERVICES** *et al.*, <br> Defendants. | Case No.: **12-CV-02775 YGR** <br><br> **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On February 13, 2013, the Court dismissed Plaintiffs' complaint with leave to file a motion for leave to file a first amended complaint. (Dkt. No. 24.) Plaintiffs were warned that failure to file a motion to amend would result in dismissal of this action for failure to prosecute. (*Id.*) Plaintiffs, who are represented by counsel, filed a Motion for Leave to File a First Amended Complaint but failed to comply with the Civil Local Rules and append the proposed amended complaint to the motion. *See* Civ. L.R. 10-1. Plaintiffs were provided until March 25, 2013 to refile the motion to amend so as to comply with the local rule. (*See* Dkt. No. 27.) To date, Plaintiffs have not refiled their motion to amend.

Plaintiffs' Motion for Leave to File First Amended Complaint (Dkt. No. 26) is **DENIED** for failure to comply with the Local Rules of Court.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

**Date: April 4, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**